No. ——. Original. *Ex parte:* In the Matter of John H. Sears, as Trustee, Petitioner. Submitted June 5, 1916. Decided June 12, 1916. Motion for leave to file petition for writ of mandamus denied. *Mr. Carroll G. Walter* for the petitioner.

---

No. 225. Martin H. Free, Plaintiff in Error, *v.* The Western Union Telegraph Company. Motion submitted May 22, 1916. Decided June 12, 1916. Motion to vacate judgment of dismissal herein of January 24, 1916, and to restore case to the docket granted. *Mr. Frederick S. Tyler* and *Mr. B. I. Salinger* for the plaintiff in error. *Mr. Rush Taggart* and *Mr. Francis Raymond Stark* for defendant in error. See page 684, *post.*